# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**                                   **PLAINTIFF**


      **vs.**                    **4:10-cr-218-DPM-2**


**EDWARD AVERY**
**a/k/a Peter Rabbit**                                   **DEFENDANT**


## ORDER OF TRANSFER


This case is on the Court's active docket. A Warrant of Arrest was issued on 25 September 2013. Mr. Avery has not been arrested. The Court places the case on fugitive status. The Court will return it to the active docket after Mr. Avery has been arrested.

    SO ORDERED.

_____
D.P. Marshall Jr.
United States District Judge

5 November 2013